IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:09cr1-SPM

LETICA RENITA RISBY,

    Defendant.
_____/

## ORDER DENYING MOTION FOR NEW TRIAL

This cause comes before the Court on Defendant's Motion for New Trial. Doc. 55. The Government filed a response in opposition. Doc. 56.

A court may grant a new trial under Federal Rule of Criminal Procedure 33 "if the interest of justice so requires." Fed. R. Crim. P. 33. Defendant argues that she is entitled to a new trial based on a discrepancy between the amount of embezzled funds stated in the jury instructions and the amount stated in the indictment. Defendant contends that the jury instructions constructively amended the indictment by allowing a conviction if the funds embezzled were more than $1,000, whereas the indictment alleged that the embezzled funds were approximately $730,000.

To a limited extent, the amount of the embezzled funds goes to an element

of the offense, which is that the embezzled funds must exceed $1,000. The jury instruction requiring the jury to find that the amount to exceed $1,000 is the standard jury instruction. It is a correct statement of the law and appropriate.

The underlying facts of the case have not changed from the allegations in the indictment. The evidence presented at trial applied to the offense alleged in the indictment. There has been no amendment of the indictment and no variance. Defendant can claim no unfair surprise; the indictment was sufficient to describe the offense and inform Defendant of the charges against her. There is no danger of double jeopardy and Defendant has not suffered prejudice.

Based on the foregoing, it is

ORDERED AND ADJUDGED: the Motion for New Trial (doc. 55) is denied.

DONE AND ORDERED this 2nd day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge